# IN THE UNITED STATES DISTRICT COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : Appeal No. 13-4823 |
| | : |
| Fred Boadu | : |

**FRED BOADU'S SECOND CONSENT REQUEST FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT AND JOINT APPENDIX**

By and through his undersigned counsel, Fred Boadu respectfully requests a thirty-day extension of the time in which to file the Brief of the Appellant and Joint Appendix in this case, and states as follows in support thereof:

1. The brief of the appellant and joint appendix matter are to be filed in this Court on or before May 27, 2014.

2. As a result of an administrative error, Mr. Boadu did not receive the transcripts in this appeal until the middle of May, 2014 (*see* Doc. No. 36).

3. Mr. Boadu has since received his transcripts, has reviewed them, and has had a conference call with undersigned counsel. Counsel and Mr. Boadu have discussed the appropriate issues and are prepared to proceed.

4. However, as a result of the error, undersigned counsel needs additional time to frame the issues raised by the client and therefore requests an extension of time to file the appeal.

5. Counsel is aware that this Honorable Court looks upon continuances with disfavor and does not submit this request for the purpose of causing undue burden or

delay; rather, this request is submitted for the purpose of providing Mr. Boadu with effective assistance while respecting his right to participate in the execution of his appeal.

6. Counsel for the government kindly consents to this request.

7. As counsel has read the transcripts and as the issues have been determined, counsel does not anticipate the need for any additional continuances.

**WHEREFORE**, for the reasons set forth above, appellant Fred Boadu respectfully requests that this Honorable Court grant him a thirty-day extension in which to file the brief of the appellant and joint appendix in this case.

Respectfully Submitted,

*w.c. brennan, jr.*

Date:   May 25, 2014       _____

William C. Brennan, Jr.
BRENNAN MCKENNA MANZI SHAY & LEVAN
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
Office: (301) 474-0044
Facsimile: (301) 474-5730

### CERTIFICATE OF EM/ECF FILING & SERVICE

I hereby certify that, on May 25, 2014, I filed a copy of this motion via the EM/ECF Electronic Filing Service which will electronically serve the motion upon counsel for the parties.

*w.c. brennan, jr.*

Date:   May 25, 2014       _____

William C. Brennan, Jr.

2